**No. 53012.**—G. & R. Importing Co., Inc., et al. v. United States, protests 56490–K, etc. (San Francisco).

Opinion by EKWALL, J.  For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.  The protests were overruled in all other respects.

**No. 53013.**—Charles Boas et al. v. United States, protests 62322–K, etc. (New York).

Opinion by EKWALL, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53014.**—Amderta Leather Co., Inc., et al. v. United States, protests 95995–K, etc. (New York).

Opinion by EKWALL, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53015.**—Edward & John Burke, Ltd., et al. v. United States, protests 96690–K, etc. (New York).

Opinion by EKWALL, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53016.**—A. Alfandari et al. v. United States, protests 141931–K, etc. (New York).

Opinion by EKWALL, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53017.**—Edgar S. Bibas, Inc., et al. v. United States, protests 144374–K, etc. (New York).

Opinion by EKWALL, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.